**CIVIL MINUTES - TRIAL**

| Case No. | CV 09-3279-DMG (CWx) | | Date | December 2, 2011 |
|---|---|---|---|---|
| Title: | Robert Ward, et al. v. Cadbury Schweppes Bottling Group, et al. | | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | ANNE KIELWASSER; ROSALYN ADAMS |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| TIMOTHY B. SOTTILE<br>MICHAEL F. BALTAXE | DARYL CRONE<br>GERALD E. HAWXHURST |

\_\_\_\_ Day Court Trial     10TH Day Jury Trial

\_\_\_\_ One day trial:     \_\_\_\_ Begun (1st day);     \_\_\_\_ Held & Continued;     \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

X  Witnesses called, sworn and testified.     \_\_\_\_ Exhibits Identified     X  Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.     X  Defendant(s) rest.

X  Closing arguments made by     X  plaintiff(s)     \_\_\_\_ defendant(s).     X  Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.     \_\_\_\_ Jury retires to deliberate.     \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.     \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists     \_\_\_\_ Filed jury notes.     \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by     \_\_\_\_ plaintiff(s)     \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.     \_\_\_\_ Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____ is \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_\_ granted.     \_\_\_\_ denied.     \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to     December 5, 2011 at 10:00 a.m.     for further trial/further jury deliberation.

X  Other:     Hearing held outside the presence of the jury. Defendants' motion for entry of judgment as a matter of law ("Rule 50(a) motion") is granted with respect to Plaintiff Talton's claim that Defendants are liable for damages for his stroke and Plaintiff January's claim that Defendants are liable for damages for his severe clinical depression. Plaintiffs failed to present sufficient evidence to establish a causal nexus. Defendants Rule 50(a) motion is otherwise denied. Plaintiffs proceed with their rebuttal.

|  | 4 : 50 |
|---|---|
| Initials of Deputy Clerk | VRV |