**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 09-3279-DMG (CWx) |
| Title: | Robert Ward, et al. v. Cadbury Schweppes Bottling Group, et al. |
| Date | December 2, 2011 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | ANNE KIELWASSER; ROSALYN ADAMS |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| TIMOTHY B. SOTTILE<br>MICHAEL F. BALTAXE | DARYL CRONE<br>GERALD E. HAWXHURST |

___ Day Court Trial    10TH Day Jury Trial

___ One day trial: ___ Begun (1st day); ___ Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by ___
X Witnesses called, sworn and testified.    ___ Exhibits Identified    X Exhibits admitted.
___ Plaintiff(s) rest.    X Defendant(s) rest.
X Closing arguments made by    X plaintiff(s)    ___ defendant(s).    X Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by ___
___ Motion to dismiss by ___ is ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by ___ is ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    December 5, 2011 at 10:00 a.m.    for further trial/further jury deliberation.

X Other:   Hearing held outside the presence of the jury. Defendants' motion for entry of judgment as a matter of law ("Rule 50(a) motion") is granted with respect to Plaintiff Talton's claim that Defendants are liable for damages for his stroke and Plaintiff January's claim that Defendants are liable for damages for his severe clinical depression. Plaintiffs failed to present sufficient evidence to establish a causal nexus. Defendants Rule 50(a) motion is otherwise denied. Plaintiffs proceed with their rebuttal.

4 : 50

Initials of Deputy Clerk    VRV