FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT M. WARD, ROBERT E. JONES, JOSE M. VALADEZ, LEONARD TALTON, GARY SUHAY, and ALFONSO W. JANUARY,

Plaintiffs,

v.

CADBURY SCHWEPPES BOTTLING GROUP, et al.,

Defendants.

Case No. CV 09-3279-DMG (CWx)

**REVISED VERDICT FORM**

We the jury in the above-entitled action find as follows:

1. On the first cause of action brought by plaintiffs Robert Ward, Robert Jones, Gary Suhay, Jose Valadez, Leonard Talton, and Alfonso January against defendants The American Bottling Company and Dr Pepper Snapple Group, Inc., for wrongfully discriminating against plaintiffs based on age, we find as follows:

   a. On Robert Ward's claim, we find: (check one)

   ___ In favor of plaintiff Ward and against defendants
   
   ✓ In favor of defendants and against plaintiff Ward

   b. On Robert Jones' claim, we find: (check one) .

   ✓ In favor of plaintiff Jones and against defendants

1             ___ In favor of defendants and against plaintiff Jones

2       c.   On Gary Suhay's claim, we find: (check one)

3             ✓ In favor of plaintiff Suhay and against defendants

4             ___ In favor of defendants and against plaintiff Suhay

5       d.   On Jose Valadez's claim, we find: (check one)

6             ✓ In favor of plaintiff Valadez and against defendants

7             ___ In favor of defendants and against plaintiff Valadez

8       e.   On Leonard Talton's claim, we find: (check one)

9             ✓ In favor of plaintiff Talton and against defendants

10            ___ In favor of defendants and against plaintiff Talton

11      f.   On Alfonso January's claim, we find: (check one)

12            ✓ In favor of plaintiff January and against defendants

13            ___ In favor of defendants and against plaintiff January

14

15   2. On the second cause of action brought by plaintiffs Robert Ward, Robert Jones,

16     ~~Gary Suhay, Jose Valadez, Leonard Talton, and Alfonso January against~~

17     defendants The American Bottling Company and Dr Pepper Snapple Group, Inc.,

18     for failing to prevent discrimination based on age, we find as follows:

19      a.   On Robert Ward's claim, we find: (check one)

20            ___ In favor of plaintiff Ward and against defendants

21            ✓ In favor of defendants and against plaintiff Ward

22      b.   On Robert Jones' claim, we find: (check one)

23            ✓ In favor of plaintiff Jones and against defendants

24            ___ In favor of defendants and against plaintiff Jones

25      c.   On Gary Suhay's claim, we find: (check one)

26            ✓ In favor of plaintiff Suhay and against defendants

27            ___ In favor of defendants and against plaintiff Suhay

28      d.   On Jose Valadez's claim, we find: (check one)

      ✓ In favor of plaintiff Valadez and against defendants

      ___ In favor of defendants and against plaintiff Valadez

  e. On Leonard Talton's claim, we find: (check one)

      ✓ In favor of plaintiff Talton and against defendants

      ___ In favor of defendants and against plaintiff Talton

  f. On Alfonso January's claim, we find: (check one)

      ✓ In favor of plaintiff January and against defendants

      ___ In favor of defendants and against plaintiff January

3. On the third cause of action brought by plaintiff Robert Ward against defendants The American Bottling Company and Dr Pepper Snapple Group, Inc., for constructive discharge – violation of public policy – requiring plaintiff to violate public policy, we find as follows:

    ✓ In favor of plaintiff Ward and against defendants for requiring plaintiff to:

      (check one or both of the following)

      ___ Violate California's Health and Safety Code and/or

      ✓ Discriminate against older delivery drivers

    ___ In favor of defendants and against plaintiff Ward

4. On the fourth cause of action brought by plaintiff Leonard Talton against defendants The American Bottling Company and Dr Pepper Snapple Group, Inc., for disability discrimination – failure to reasonably accommodate, we find as follows: (check one)

    ✓ In favor of plaintiff Talton and against defendants

    ___ In favor of defendants and against plaintiff Talton

If you found in favor of any plaintiff in response to any of questions no. 1 through 4, above, go on to question no. 5. If you found in favor of defendants in response to all of questions no. 1 through 4, above, skip the remainder of the questions and sign and date this verdict form.

5. With respect to those claims in which you found in favor of a plaintiff, please state the amount of damages you award to that plaintiff:

 a. We award the following damages to plaintiff Robert Ward:

 $133,000 for past income

 $1 million for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, humiliation, and emotional distress.

 $350,000 for past and future physical impairment, including psyche, hypertension, stomach, sleeplessness, anxiety, and chest pain

 b. We award the following damages to plaintiff Robert Jones:

 $44,000 for past income

 $1 million for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress.

 c. We award the following damages to plaintiff Gary Suhay:

 $71,000 for past income

 $1 million for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress

 $200,000 for past and future physical impairment, including hernia and shoulder surgeries

 d. We award the following damages to plaintiff Jose Valadez:

 $130,000 for past income

   $1 million for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress

   $ 500,000 for past and future physical impairment, including right knee surgery

  e. We award the following damages to plaintiff Leonard Talton:

   $ 144,000 for past income

   $ 500,000 for past and future medical expenses

   $ 800,000 for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress

   $ 200,000 for past and future physical impairment, including back and stress

  f. We award the following damages to plaintiff Alfonso January:

   $ 140,000 for past income

   $ ~~800,000~~ $800,000 for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress

   $ 200,000 for past and future physical impairment, including shoulder, stress & strain

If you found in favor of any plaintiff in response to any question no. 1 through 4, above, and, based thereon, awarded that plaintiff damages in response to question no. 5, go on to question no. 6. If you did not award any damages to any plaintiff in response to question no. 5, above, skip the remainder of the questions and sign and date this verdict form.

6. With respect to the defendants' conduct upon which you found in favor of a plaintiff in response to any question no. 1 through 4, above, please answer the following questions:

    a. Regarding question no. 1, if you found in favor of plaintiff Ward and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ___ Yes  ___ No

    b. Regarding question no. 1, if you found in favor of plaintiff Jones and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes  ___ No

    c. Regarding question no. 1, if you found in favor of plaintiff Suhay and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes  ___ No

    d. Regarding question no. 1, if you found in favor of plaintiff Valadez and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes  ___ No

    e. ~~Regarding question no. 1, if you found in favor of plaintiff Talton and against defendants, did defendants engage in the conduct with malice,~~ oppression, or fraud? (check one) ✓ Yes  ___ No

    f. Regarding question no. 1, if you found in favor of plaintiff January and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes  ___ No

    g. Regarding question no. 2, if you found in favor of plaintiff Ward and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ___ Yes  ___ No

    h. Regarding question no. 2, if you found in favor of plaintiff Jones and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes  ___ No

     i.    Regarding question no. 2, if you found in favor of plaintiff Suhay and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes ___ No

     j.    Regarding question no. 2, if you found in favor of plaintiff Valadez and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes ___ No

     k.    Regarding question no. 2, if you found in favor of plaintiff Talton and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes ___ No

     l.    Regarding question no. 2, if you found in favor of plaintiff January and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes ___ No

     m.    Regarding question no. 3, if you found in favor of plaintiff Ward and against defendants, did defendants engage in the conduct with malice, oppression, or fraud? (check one) ✓ Yes ___ No

     n.    ~~Regarding question no. 4, if you found in favor of plaintiff Talton, did defendants engage in the conduct with malice, oppression, or fraud? (check one)~~ ✓ Yes ___ No

Dated: 12/6/2011

**REDACTED**
VERDICT FORM AS TO FOREPERSON SIGNATURE