JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. WARD, ROBERT E. JONES, JOSE M. VALADEZ, LEONARD TALTON, GARY SUHAY, and ALFONSO W. JANUARY,<br><br>Plaintiffs,<br><br>v.<br><br>CADBURY SCHWEPPES BOTTLING GROUP, CADBURY SCHWEPPES HOLDINGS INC., 7-UP/RC BOTTLING COMPANY OF SOUTHERN CALIFORNIA, DR PEPPER SNAPPLE GROUP, AMERICAN BOTTLING COMPANY,<br><br>Defendants. | Case No. CV 09-3279-DMG (CWx)<br><br>**JUDGMENT** |

This action having been tried before the Court sitting with a jury; the issues having been duly tried; the jury having duly rendered its verdict; and the Court having, thereafter, granted offsets and modifications to the jury's verdict,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs shall recover the following sums from Defendants:

1.  Plaintiff Robert M. Ward shall have and recover the total sum of $3,275,000.00 as follows:

1      a.   Against Defendants The American Bottling Company and Dr Pepper
2           Snapple Group, Inc., jointly and severally, the sum of $1,475,000.00,
3           comprised of: (1) $133,000.00 for past income; (2) $1,000,000.00 for
4           past and future physical pain, mental suffering, loss of enjoyment of
5           life, inconvenience, grief, humiliation, and emotional distress; and (3)
6           $342,000.00 for past and future physical impairment, including
7           psyche, hypertension, stomach, sleeplessness, anxiety, and chest pain;
8           and
9      b.   Against Defendant Dr Pepper Snapple Group, Inc., the sum of
10          $1,800,000.00 for punitive damages.
11   2. Plaintiff Robert E. Jones shall have and recover the total sum of
12      $2,258,000.00 as follows:
13     a.   Against Defendants The American Bottling Company and Dr Pepper
14          Snapple Group, Inc., jointly and severally, the sum of $1,044,000.00,
15          comprised of: (1) $44,000.00 for past income; (2) $1,000,000.00 for
16          past and future physical pain, mental suffering, loss of enjoyment of
17          life, inconvenience, grief, anxiety, humiliation, and emotional distress;
18          and
19     b.   Against Defendant Dr Pepper Snapple Group, Inc., the sum of
20          $1,214,000.00 for punitive damages.
21   3. Plaintiff Gary Suhay shall have and recover the total sum of $2,798,422.98
22      as follows:
23     a.   Against Defendants The American Bottling Company and Dr Pepper
24          Snapple Group, Inc., jointly and severally, the sum of $1,256,422.98,
25          comprised of: (1) $57,112.98 for past income; (2) $1,000,000.00 for
26          past and future physical pain, mental suffering, loss of enjoyment of
27          life, inconvenience, grief, anxiety, humiliation, and emotional distress;
28

          and (3) $199,310.00 for past and future physical impairment, including hernia and shoulder surgeries; and

       b.   Against Defendant Dr Pepper Snapple Group, Inc., the sum of $1,542,000.00 for punitive damages.

4. Plaintiff Jose M. Valadez shall have and recover the total sum of $3,610,182.57 as follows:

    a.   Against Defendants The American Bottling Company and Dr Pepper Snapple Group, Inc., jointly and severally, the sum of $1,567,182.57, comprised of: (1) $92,048.57 for past income; (2) $1,000,000.00 for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress; and (3) $475,134.00 for past and future physical impairment, including right knee surgery; and

    b.   Against Defendant Dr Pepper Snapple Group, Inc., the sum of $2,043,000.00 for punitive damages.

5. Plaintiff Leonard Talton shall have and recover the total sum of $2,897,000.00 as follows:

    a.   Against Defendants The American Bottling Company and Dr Pepper Snapple Group, Inc., jointly and severally, the sum of $1,144,000.00, comprised of: (1) $144,000.00 for past income; (2) $800,000.00 for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress; and (3) $200,000.00 for past and future physical impairment, including back and stress; and

    b.   Against Defendant Dr Pepper Snapple Group, Inc., the sum of $1,753,000.00 for punitive damages.

6. Plaintiff Alfonso W. January shall have and recover the total sum of $2,382,540.07 as follows:

      a.     Against Defendants The American Bottling Company and Dr Pepper Snapple Group, Inc., jointly and severally, the sum of $1,047,140.07, comprised of: (1) $139,330.72 for past income; (2) $800,000.00 for past and future physical pain, mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation, and emotional distress; and (3) $107,809.35 for past and future physical impairment, including shoulder, stress and strain; and

      b.     Against Defendant Dr Pepper Snapple Group, Inc., the sum of $1,335,400.00 for punitive damages.

DATED: February 23, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-4-